UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HELENA MUNSON,

       Plaintiff,                                Case No. 11-12475

v.                                         Hon. John Corbett O'Meara

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

      Before the court is Magistrate Judge R. Steven Whalen's report and recommendation, filed August 6, 2012. Defendant filed objections to the report and recommendation on August 20, 2012, and Plaintiff filed a response to the objections on September 10, 2012. Having thoroughly reviewed the entire record, the court finds that the Magistrate Judge reached the correct conclusion. Accordingly, the court will overrule Defendant's objections.

      IT IS HEREBY ORDERED that Magistrate Judge Whalen's August 6, 2012 report and recommendation is ADOPTED as the court's findings and conclusions.


                                                      s/John Corbett O'Meara
                                                      United States District Judge

Date: September 27, 2012


      I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, September 27, 2012, using the ECF system.

                                                        s/William Barkholz
                                                      Case Manager