UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HELENA MUNSON,

    Plaintiff,                                    Case No. 11-12475

v.

                                           Hon. John Corbett O'Meara

COMMISSIONER OF                Hon. R. Steven Whalen
SOCIAL SECURITY,

    Defendant.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge R. Steven Whalen's April 29, 2013 report and recommendation. No objections were filed by the parties. Having thoroughly reviewed the entire record;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions, and Plaintiff's application for attorney fees is DENIED.

                                                          s/John Corbett O'Meara
                                                          United States District Judge
Date: June 14, 2013


     I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, June 15, 2013, using the ECF system.

                                                          s/William Barkholz
                                                          Case Manager